**JS-6**

NOTE: CHANGES MADE BY THE COURT

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAWANDA JACKSON; KAYZAH JACKSON;<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>STATE FARM INSURANCE, a Corporation, and DOES 1 through 20, inclusive,<br><br>　　　　Defendant | Case No. 2:23-cv-08503 JLS (JPRx)<br><br>**ORDER REMANDING ACTION TO STATE COURT (Doc. 12)** |

　　　On October 18, 2023, Plaintiffs LAWANDA JACKSON and KAYZAH JACKSON, on the one hand, and Defendant STATE FARM GENERAL INSURANCE COMPANY, erroneously sued herein as STATE FARM INSURANCE, on the other hand, by and through their respective counsel, entered into a STIPULATION REMANDING ACTION (the "Stipulation").

　　　The Court, having considered the parties' Stipulation and finding good cause therefor, hereby APPROVES the Stipulation and ORDERS as follows:

1. Based upon the stipulation of the parties, and for good cause shown, the above-captioned action shall be, and hereby is remanded to the Los Angeles County Superior Court.  In the event that Plaintiffs LAWANDA JACKSON and KAYZAH JACKSON hereafter seek, or attempt to recover, damages in this action in excess of $75,000.00 (seventy-five thousand dollars) (including that for insurance benefits, special damages, economic damages, general damages, non-economic damages, attorney fees, punitive damages, costs of suit, and interest), Defendant STATE FARM GENERAL INSURANCE COMPANY, erroneously sued herein as STATE FARM INSURANCE may remove this action to the United States District Court for the Central District of California, if doing so would be consistent with 28 U.S.C. § 1446(b)(3), (c)(1).

**IT IS SO ORDERED.**

Dated:  October 30, 2023

HON. JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE